UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PHILLIP MARTIN,

        Plaintiff,

  v.                                                                Case No. 08-C-231

KARA HERRBOLD,

        Defendant.

**ORDER**

Plaintiff has filed a complaint against Kara Herrbold, who evidently is an employee with the state child support office in Green Bay. He has also filed a motion for leave to proceed *in forma pauperis*. He asserts that the office suspended a towing license he held due to nonpayment of child support in arrears, and that this decision will adversely impact his ability to apply for such a license with the Coast Guard. He asks that this court assist in reinstating his towing license or otherwise overturn the decision of the child support office.

Federal jurisdiction is premised on either a federal cause of action (constitutional or statutory) or diversity jurisdiction between parties of different states. The latter is clearly absent here (both parties are locals), and I can find no basis for a claim that is federal in nature. The plaintiff is complaining about a state agency's decision based on state law or regulation; as such, the court is unable to discern any federal statute or constitutional provision that has been violated.

Accordingly, the complaint will be **DISMISSED** for lack of jurisdiction and the motion for leave to proceed *in forma pauperis* is **DENIED**.

**SO ORDERED** this   18th   day of March, 2008.

s/ William C. Griesbach  
William C. Griesbach  
United States District Judge